In the Matter of GIFTS BY WIRE, INC., Appellant, against HENRY E. BRUCKMAN et al., Constituting the New York State Liquor Authority, Respondents.

Submitted April 12, 1938; decided May 17, 1938.

*Stanley Osserman* and *Theodore T. Tonkonogy* for appellant.

*William H. Ticho* and *Monroe I. Katcher, II,* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.